# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings of<br><br>HP Inc. and HP Deutschland GmbH,<br><br>Applicants. | Case No. 5:24-mc-80120<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

This matter comes before the Court in the *Ex Parte* Application of Applicants HP Inc. and HP Deutschland GmbH (collectively, "HP") for an Order pursuant to 28 U.S.C. § 1782, authorizing discovery from Nokia Technologies Oy ("Nokia") for use by HP in in foreign patent proceedings in the Federal Republic of Germany.

The Court, having fully considered the Application and the papers filed and submitted therewith, finds that the Application meets the statutory criteria for an order pursuant to 28 U.S.C. § 1782, and that the discretionary *Intel* factors also favor granting the Application.

Accordingly, the Application is **GRANTED**. HP shall serve a copy of the proposed subpoena *duces tecum* on Nokia, with a copy of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge