UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HP INC., et al.,<br><br>　　　　　Petitioners. | Case No.  24-mc-80120-SVK<br><br>**ORDER FOR SERVICE OF AND RESPONSE TO EX PARTE APPLICATION**<br><br>**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION**<br><br>Re: Dkt. No. 1 |

Applicants HP Inc. and HP Deutschland GmbH ("Applicants") have filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena on Nokia Technologies Oy ("Nokia"). Dkt. 1.  The Court **ORDERS** as follows:

1. Applicants must serve Nokia with this Order and the application by **May 31, 2024**, and file a proof of service promptly after service is completed.

2. Any response by Nokia to the application is due by **June 21, 2024.**

3. Applicants and Nokia may consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) no later than **June 14, 2024**.  *See CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801 (9th Cir. 2022).  The United States District Court for the Northern District of California maintains a standard form for parties to complete in cases assigned to a magistrate judge:

    https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/Notice_of_MJ_Assignment_Election_Form.pdf

    Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).  If this Court does not

receive the consent of both parties by the deadline, the matter will be reassigned to a district judge.

**SO ORDERED.**

Dated: May 17, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge