```
 1  Ryan W. Koppelman (SBN 290704)
    Srishti Ghosh (SBN 354393)
 2  ALSTON & BIRD LLP
    350 South Grand Avenue
 3  51st Floor
    Los Angeles, CA 90071
 4  Telephone:  213-576-1000
    Facsimile:  213-576-1100
 5  ryan.koppelman@alston.com
 6
 7  Counsel for Nokia Technologies Oy
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION
12
13  In re Ex Parte Application for an Order        Case No. 5:24-mc-80120-BLF
    Pursuant to 28 U.S.C. § 1782 Authorizing
    Discovery for Use in Foreign Proceedings of    DECLARATION OF RYAN W.
14                                                 KOPPELMAN
    HP Inc. and HP Deutschland GmbH,
15
16             Applicant
17
...
28
```

- 1 -
DECLARATION OF RYAN W. KOPPELMAN – 5:24-mc-80120-BLF

1. I am a partner with the law firm of Alston & Bird and counsel of record for Nokia Technologies Oy for the above-captioned matter. I make this declaration in support of the Joint Stipulation to Extend Time for Nokia Technologies Oy's Response to HP's Section 1782 Application. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Nokia Technologies Oy and Nokia Corporation produced approximately 215 license agreement documents (including agreements, extensions, amendments, etc.) from approximately 117 third parties in the two pending ITC proceedings where HP is a respondent, *i.e.*, Inv. No. 337-TA-1379 and Inv. No. 337-TA-1380.

Executed on June 26, 2024, in Los Angeles, California.

                                                           */s/ Ryan W. Koppelman*

                                                           Ryan W. Koppelman