UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS,<br><br>HP INC. AND HP DEUTSCHLAND GMBH,<br><br>Applicants. | Case No.  24-mc-80120-BLF<br><br>**ORDER GRANTING NOKIA TECHNOLOGIES OY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 15] |

Nokia Technologies Oy has filed an administrative motion (ECF 15) to seal Exhibit C submitted with its response to an application for discovery filed by HP Inc. and HP Deutschland GmbH (collectively, "HP") pursuant to 28 U.S.C. § 1782. HP has not filed a response and the time to do so has expired. Because the motion to seal relates to a discovery matter, the Court ordinarily would apply the lower "good cause" standard rather than the "compelling reasons" standard that applies to documents more closely related to the merits of a case. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The Court applies the compelling reasons standard here, however, because resolution of the discovery matter also will resolve the entire miscellaneous action.

Exhibit C to the Declaration of Dr. Bernhard Arnold contains a list of license agreements and provides information regarding the agreements' key terms and scope. Nokia Technologies Oy has submitted a declaration of counsel stating that this material is highly sensitive and could give competitors an advantage if made public. *See* Ghosh Decl. ¶ 2, ECF 15-2. The material is referenced throughout the exhibit such that redactions would not be practical. Accordingly, the Court finds that compelling reasons exist to seal Exhibit C. The motion is GRANTED.

**ORDER**

(1) Nokia Technologies Oy's administrative motion to seal (ECF 15) is GRANTED.

(2) This order terminates ECF 15.

Dated: July 16, 2024

_____
BETH LABSON FREEMAN
United States District Judge